Howard M. Ehrenberg
 hehrenberg@sulmeyerlaw.com
Chapter 11 Trustee
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Victory Entertainment, Inc.,<br><br>Debtor. | Case No. 1:18-bk-11342-VK<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S INTERIM STATUS REPORT AND UPDATE RE. CLASS ACTION SETTLEMENT AGREEMENT AND DISMISSAL OF CHAPTER 11 BANKRUPTCY CASE**<br><br><u>Continued Status Conference</u>:<br><br>Date:   July 26, 2018<br>Time:   1:00 p.m.<br>Ctrm:   "301" – Third Floor<br>           United States Bankruptcy Court<br>           21041 Burbank Boulevard<br>           Woodland Hills, California 91367 |

The Court's "Order Approving Stipulation Regarding Trustee's Oversight, Management and Limited Related Duties Pending Execution of Class Action Settlement Agreement and Dismissal of Chapter 11 Bankruptcy Case," filed and entered by the Court on July 16, 2018 (ECF #58) (the "July 16 Order"), provided that the Chapter 11 Trustee, Howard M. Ehrenberg (the "Trustee"), was to prepare and file a "Status Report" with the Court not later than July 23, 2018, in the event that the anticipated motion for conditional dismissal of the Chapter 11 case had not been filed by this date, following the Trustee's negotiations with the Debtor and the "Salazar Class

1  Action Plaintiffs" and the successful mediation which the Trustee initiated and conducted between
2  July 10, 2018 (the date of the Trustee's appointment) and July 17, 2018.
3        The motion for conditional dismissal of the Chapter 11 case has been prepared and
4  circulated to the Trustee and counsel, but it has not yet been filed for the reasons set forth below.
5  Accordingly, the Trustee has prepared and hereby respectfully submits the within "Chapter 11
6  Trustee's Interim Status Report and Update re. Class Action Settlement Agreement and Dismissal
7  of Chapter 11 Bankruptcy Case" for the Court's consideration in conjunction with the Continued
8  Status Conference scheduled for July 26, 2018 at 1:00 p.m. in Courtroom 301 of the United States
9  Bankruptcy Court in Woodland Hills, California.
10        A comprehensive settlement agreement containing the major points and a number of key
11  details of the parties' settlement was prepared and circulated to all of the parties through their
12  counsel on July 19, 2016, within the Trustee's 3-day projection.  However, the settlement
13  agreement has not yet been signed or approved by the Debtor.  Neither the Trustee nor the Salazar
14  Class Action Plaintiffs believe that the motion for conditional dismissal should be filed until the
15  settlement agreement has been fully executed.  As the Court may recall, the settlement calls for the
16  dismissal of the Chapter 11 case, conditioned upon the appointment of an oversight receiver in the
17  pending Salazar Class Action in state court until the settlement has been fully consummated and
18  completed.
19        As an interim step, the Trustee sought (and the Office of the United States Trustee and the
20  Salazar Class Action Plaintiffs and the Debtor all stipulated and agreed) that the Bankruptcy Court
21  should authorize the Trustee to assert less than full operational control over the Debtor and its
22  business operations because the parties expected the Chapter 11 case to be dismissed after the
23  filing of the parties' joint motion for dismissal (which they had anticipated filing by this date), and
24  this Court's approval of that motion.
25        During the past approximately ten (10) days, the Trustee has undertaken the approved
26  interim steps with respect to his ongoing administrative oversight and limited related duties,
27  pending the execution of the class action settlement agreement and the dismissal of the Chapter 11
28

case, following the entry of an order in the Salazar Class Action in state court for the appointment of an oversight receiver for the Debtor, which is the defendant in the state court action.

Accordingly, the Trustee has performed the following duties or initiated steps required to be able to perform such duties with respect to the ongoing administration of the Debtor's business for the last approximately ten (10) days:

    (a) inspection and inventory of the Debtor's assets;

    (b) inspection of the Debtor's books and records;

    (c) inspection of the Debtor's banking records;

    (d) submission of an application for workers compensation insurance; and

    (e) oversight of the Debtor's business operation, pending the dismissal of the Chapter 11 bankruptcy case.

Thus, the Trustee has fulfilled all of the duties to which he agreed pursuant to the Stipulation (ECF #54, filed on July 13, 2018) and the July 16 Order.

In addition, pursuant to the Stipulation and the July 16 Order, the Trustee has not been required to:

    (f) change the Debtor's bank accounts; or

    (g) displace the Debtor's existing management.

Furthermore, pending the dismissal of the Chapter 11 case, the Trustee also has not been required to attempt to convert the Debtor's "performers" (dancers) to full W-2 employee status.  However, the Trustee has undertaken the initial steps to establish a "hotline" which the Debtor's "performers" (dancers) may contact in the event of any complaints of harassment or offensive behavior or conduct.

Finally, the Trustee and the Salazar Class Action Plaintiffs are continuing to move the process forward with the Debtor and its counsel as rapidly as circumstances permit toward the establishment of the oversight receivership in the Salazar Class Action in Superior Court.  Having prepared the motion to dismiss the Chapter 11 case, the Trustee and the Salazar Class Action Plaintiffs, through their counsel, are now preparing the motion to appoint the oversight receiver

1 over the Debtor's business pending the filing of motions for preliminary and final approval of the
2 Salazar Class Action settlement.
3   For all of the foregoing reasons, and because the Trustee will be attending a trustees
4 professional conference in Orange County from July 25 through July 28, 2018 and would
5 otherwise have to make his appearance telephonically, the Trustee respectfully suggests that the
6 Court continue the July 26, 2018 Continued Status Conference to a date convenient to the Court's
7 calendar approximately ten (10) days hence, i.e., in the second week of August 2018.

Respectfully submitted,

Dated: July 23, 2018

/s/Howard M. Ehrenberg
Howard M. Ehrenberg,
Chapter 11 Trustee

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): CHAPTER 11 TRUSTEE'S INTERIM STATUS REPORT AND UPDATE RE. CLASS ACTION SETTLEMENT AGREEMENT AND DISMISSAL OF CHAPTER 11 BANKRUPTCY CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 23, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul A Beck on behalf of Creditor Stacy Salazar, et al.
pab@pablaw.org

Paul A Beck on behalf of Interested Party Paul A. Beck
pab@pablaw.org

Russell Clementson on behalf of Debtor Victory Entertainment Inc
russell.clementson@usdoj.gov

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

George J Paukert on behalf of Debtor Victory Entertainment Inc.
paukburt@aol.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 23, 2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Victory Entertainment Inc.
12147 Victory Blvd
North Hollywood, CA 91606

☐ Service information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 23, 2018 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
The Honorable Victoria S. Kaufman
U.S. Bankruptcy Court
Bin on 1st Floor outside entry to Intake Section
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 23, 2018 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**