**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re: VICTORY ENTERTAINMENT, INC. § Case No. 1:18-bk-11342 VK
VIP Showgirls §
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Howard M. Ehrenberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $142,476.77 | | |

    3) Total gross receipts of $142,476.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $142,476.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $175,581.33 | $142,476.77 | $142,476.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $15,078.36 | $15,078.36 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,221.42 | $2,221.42 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $289,154.00 | $26,806,339.03 | $26,509,480.18 | $0.00 |
| **TOTAL DISBURSEMENTS** | $289,154.00 | $26,999,220.14 | $26,669,256.73 | $142,476.77 |

4) This case was originally filed under chapter 11 on 05/25/2018, and it was converted to chapter 7 on 09/27/2018. The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2024    By: /s/ Howard M. Ehrenberg
                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account-WFB DIP | 1129-000 | $4,546.09 |
| Office furniture, fixtures and equipment | 1129-000 | $10,000.00 |
| Tax account-WFB DIP | 1129-000 | $330.68 |
| Adversary case 20-ap-01056 v. HALA Enterprises, LLC, Agassi Halajyan | 1241-000 | $125,000.00 |
| Refund | 1290-000 | $100.00 |
| Chapter 11 account balance | 1290-010 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$142,476.77** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Howard M. Ehrenberg | 2100-000 | NA | $7,906.51 | $7,906.51 | $7,906.51 |
| Trustee, Expenses - Howard M. Ehrenberg | 2200-000 | NA | $1,473.41 | $1,473.41 | $1,473.41 |
| Attorney for Trustee Fees - SulmeyerKupetz | 3110-000 | NA | $20,279.50 | $15,456.18 | $15,456.18 |
| Attorney for Trustee, Expenses - SulmeyerKupetz | 3120-000 | NA | $1,598.29 | $1,598.29 | $1,598.29 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $70.98 | $70.98 | $70.98 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $1,571.36 | $1,571.36 | $1,571.36 |
| Bank Service Fees - Mechanics Bank | 2600-000 | NA | $293.33 | $293.33 | $293.33 |
| Bank Service Fees - Rabobank, N.A. | 2600-000 | NA | $5.00 | $5.00 | $5.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $5,976.90 | $5,976.90 | $5,976.90 |
| Other State or Local Taxes (post-petition) - California Dept. of Tax & Fee Administration | 2820-000 | NA | $353.11 | $353.11 | $353.11 |
| Other Chapter 7 Administrative Expenses - Wells Fargo Bank | 2990-000 | NA | $57.50 | $57.50 | $57.50 |
| Special Counsel for Trustee Fees - Jeffrey M Cohon, APC | 3210-600 | NA | $25,000.00 | $19,053.94 | $19,053.94 |
| Special Counsel for Trustee Fees - Paul A. Beck, APC | 3210-600 | NA | $25,000.00 | $19,053.94 | $19,053.94 |
| Special Counsel for Trustee Expenses - Jeffrey M Cohon, APC | 3220-610 | NA | $2,813.48 | $2,813.48 | $2,813.48 |
| Special Counsel for Trustee Expenses - Paul A. Beck, APC | 3220-610 | NA | $831.63 | $831.63 | $831.63 |
| Special Counsel for Trustee Expenses - Paul A. Beck, APC/B. Riley & Sons | 3220-610 | NA | $71,843.78 | $55,454.66 | $55,454.66 |
| Accountant for Trustee Fees (Other Firm) - Grobstein Teeple LLP | 3410-000 | NA | $10,073.50 | $10,073.50 | $10,073.50 |
| Accountant for Trustee Expenses (Other Firm) - Grobstein Teeple LLP | 3420-000 | NA | $83.05 | $83.05 | $83.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$175,581.33** | **$142,476.77** | **$142,476.77** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Expenses - George J. Paukert | 6220-170 | NA | $168.20 | $168.20 | $0.00 |
| Attorney for D-I-P Fees - George J. Paukert | 6210-160 | NA | $4,078.20 | $4,078.20 | $0.00 |
| Prior Chapter Trustee Compensation - Howard M. Ehrenberg | 6101-000 | NA | $625.00 | $625.00 | $0.00 |
| Prior Chapter Trustee Expenses - Howard M. Ehrenberg | 6102-000 | NA | $10,206.96 | $10,206.96 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$15,078.36** | **$15,078.36** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 5800-000 | NA | $803.51 | $803.51 | $0.00 |
| 3 | City of Los Angeles | 5800-000 | NA | $1,052.65 | $1,052.65 | $0.00 |
| 7 | California Dept. of Tax and Fee Administration | 5800-000 | NA | $365.26 | $365.26 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,221.42** | **$2,221.42** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 7300-000 | NA | $216.00 | $216.00 | $0.00 |
| 2 | Department of Water and Power City of Los Angeles | 7100-000 | NA | $1,594.54 | $1,594.54 | $0.00 |
| 3 | City of Los Angeles | 7300-000 | NA | $545.59 | $545.59 | $0.00 |
| 4 | Toni-Ann Quagliariello | 7100-000 | $0.00 | $22,500.00 | $22,500.00 | $0.00 |
| 7 | California Dept. of Tax and Fee Administration | 7300-000 | NA | $36.10 | $36.10 | $0.00 |
| 8 | Tasia | 7100-000 | NA | $44,009.00 | $44,009.00 | $0.00 |
| 9 | Shandie | 7100-000 | $0.00 | $173,949.86 | $173,949.86 | $0.00 |
| 10 | Salazar Class Action Plaintiffs in "Salazar vs. VIP Showgirls, et al." | 7100-000 | $0.00 | $18,761,877.92 | $18,761,877.92 | $0.00 |
| 11 | Cohon, Sinclair and Manuwal | 7100-000 | NA | $7,504,751.17 | $7,504,751.17 | $0.00 |
| 12 | Hala Enterprises LLC | 7200-000 | $65,154.00 | $121,268.24 | $0.00 | $0.00 |
| 13 | Hala Enterprises LLC | 7200-000 | NA | $175,590.61 | $0.00 | $0.00 |
| N/F | Broadcast Music Inc | 7100-000 | $22,000.00 | NA | NA | NA |
| N/F | Exclusive Home Furnishing | 7100-000 | $17,000.00 | NA | NA | NA |
| N/F | Green Cap Construction | 7100-000 | $35,000.00 | NA | NA | NA |
| N/F | Valentina Papazian | 7100-000 | $150,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$289,154.00** | **$26,806,339.03** | **$26,509,480.18** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 1:18-bk-11342 VK
**Case Name:** VICTORY ENTERTAINMENT, INC.
**For Period Ending:** 04/08/2024

**Trustee Name:** (001420) Howard M. Ehrenberg
**Date Filed (f) or Converted (c):** 09/27/2018 (c)
**§ 341(a) Meeting Date:** 10/24/2018
**Claims Bar Date:** 10/28/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account-WFB DIP<br>closed account | 14,756.00 | 4,546.09 | | 4,546.09 | FA |
| 2 | Tax account-WFB DIP<br>closed account | 25.00 | 330.68 | | 330.68 | FA |
| 3 | Office furniture, fixtures and equipment<br>11/28/18 settlement order [Doc 142] | 60,000.00 | 10,000.00 | | 10,000.00 | FA |
| 4 | Lease<br>no value to the estate | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Chapter 11 account balance (u) | 0.00 | 0.00 | | 2,500.00 | FA |
| 6 | Refund (u)<br>premium refunded | 0.00 | 0.00 | | 100.00 | FA |
| 7 | Adversary case 20-ap-01056 v. HALA Enterprises, LLC, Agassi Halajyan (u)<br>settled; 9019 motion approved [Doc 184] 5/18/23<br>trial dates set for 2/8/23-2/14/23<br>request for trial to be set Nov/Dec 2022<br>next status conference 9/20/22 5/13/22<br>Order Granting Partial Adjudication On Second Amended Complaint 4/22/22<br>case transferred to Hon Geraldine Mund 3/15/22<br>Motion for Summary Judgment filed 3/3/22<br>Motion to extend deadlines 2/15/22<br>Pre-trial conference set for 1/19/22<br>Scheduling order 5/26/21<br>Second amended complaint for avoidance and recovery of fraudulent transfers filed 1/22/21<br>Status Hearing to be held on 12/09/2020<br>hearing set for August 26, 2020<br>defendants filed motion to dismiss complaint filed against  against HALA Enterprises, LLC, Agassi Halajyan 5/24/20 | 0.00 | 1.00 | | 125,000.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$74,781.00** | **$14,877.77** | | **$142,476.77** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 1:18-bk-11342 VK | **Trustee Name:** (001420) Howard M. Ehrenberg |
| **Case Name:** VICTORY ENTERTAINMENT, INC. | **Date Filed (f) or Converted (c):** 09/27/2018 (c) |
| | **§ 341(a) Meeting Date:** 10/24/2018 |
| **For Period Ending:** 04/08/2024 | **Claims Bar Date:** 10/28/2019 |

**Major Activities Affecting Case Closing:**

In the original complaint against the defendants, the amount of prepetition transfers from 2008 through 2018 was believed to be in excess of $2.4M of which $471,487 was identified as lease overpayments. The complaint sought to recover the overpayments to the defendants. Defendants filed multiple motion to dismiss the complaint and sought to limit the claw back limitations period to 7 years from the date of commencement of the adversary proceeding. As a result, the potential for recovery was limited to $360,000 and ultimately settled for $125,000. The case is administratively insolvent. The administrative proof of claims and court costs will be paid 100%. Accountants fees along with the other professional expenses will be paid in full. The remaining trustee compensation and attorneys fees will be paid on a pro rata basis. (12/27/23)

Special counsel requested an extension for filing his final application for contingency fee and expenses. Once filed, the trustee will submit his TFR for review by the UST for filing with the Court. (9/30/23)

Settlement payment received June, 2023. Trustee has started the case closing process. Professionals are filing their applications for compensation. Upon review, the trustee will determine voluntary reductions in fees as the settlement amount was insufficient to make distribution to unsecured claims after payment of chapter 7 and chapter 11 administrative expenses and priority tax claims. (6/30/23)

The parties have reached a settlement. A motion to approve the $125k settlement is being prepared and will be filed shortly. The payment will follow approval. The trustee will move forward with closing the case. (3/31/23)

The Court issued revised trial dates on December 12, 2022. Trial is set for February, 2023. The trustee filed an application to employ Jeffrey M. Cohon as special litigation co-counsel to assist in the trial. Mr. Cohon currently represents the Salazar Class Action Plaintiffs who are the largest creditors in this case. Estate tax returns filed with taxing agencies. No other significant issues to report. (12/31/22)

On April 22, 2022, the judge issued a memorandum of opinion on motion for summary judgment and order granting partial adjudication on second amended complaint. The next status conference is set for September 20, 2022. Trial date will be set. Currently, accountants are preparing the unfiled tax returns. The ETFR date will be changed to September 30, 2023. (6/30/22)

On March 3, 2022, a motion for summary judgment was filed by the defendants and hearing set for April 19, 2022. The case has now been assigned to Honorable Geraldine Mund. The trustee is waiting for the Court to rule. The trustee would attempt another effort at mediation, but the defendant is very stubborn and litigious. If the Judge rules in favor of the estate, it's likely that the case will go to trial. If not, the case is effectively over. (3/31/22)

On April 19, 2021, the court entered an order on defendant's motion to dismiss trustee's second amended complaint. The defendant has filed its answer to the complaint. The court has issued a scheduling order and the pre-trial conference is set for January 19, 2022. At this time, the trustee will change the ETFR date to September 30, 2022. (6/30/21)

Counsel filed an adversary proceeding on May 24, 2020 against Hala Enterprises LLC and Agassi Halajyan. Complaints seeks to recover funds the defendants received from the debtor in pre-petition transfers during the business operations from 2008 through 2018. Counsel for defendants has filed a motion to dismiss the complaint and is set for hearing on August 26, 2020. A response to the motion and/or amended complaint will be filed prior to the hearing date. (6/30/20)

This case was converted from chapter 11. The business was closed down by the trustee and any remaining assets have been sold. Now the trustee is working with counsel and his accountants to review the financial affairs and determine if any transfers or preferences were made. Claims bar date has been set. The estimated date for filing a final report is March 31, 2021. (6/30/19)

Jeffrey M. Cohon employed 2/8/23
Grobstein Teeple employed [Doc 158]

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 1:18-bk-11342 VK  
**Case Name:** VICTORY ENTERTAINMENT, INC.  
**For Period Ending:** 04/08/2024

**Trustee Name:** (001420) Howard M. Ehrenberg  
**Date Filed (f) or Converted (c):** 09/27/2018 (c)  
**§ 341(a) Meeting Date:** 10/24/2018  
**Claims Bar Date:** 10/28/2019

SulmeyerKupetz employed [Doc 148]  
Paul Beck, employed special counsel [Doc 137]

**Initial Projected Date Of Final Report (TFR):** 03/31/2021    **Current Projected Date Of Final Report (TFR):** 12/28/2023 (Actual)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 1:18-bk-11342 VK | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| Case Name: | VICTORY ENTERTAINMENT, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7153 | Account #: | ******3100 Checking |
| For Period Ending: | 04/08/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/08/18 | {5} | Victory Entertainment, Inc. | funds in chapter 11 estate bank account | 1290-010 | 2,500.00 | | 2,500.00 |
| 10/10/18 | {1} | Wells Fargo Bank NA | funds from chapter 11 DIP account | 1129-000 | 4,546.09 | | 7,046.09 |
| 10/10/18 | {2} | Wells Fargo Bank NA | funds from chapter 11 DIP account | 1129-000 | 330.68 | | 7,376.77 |
| 10/18/18 | 101 | International Sureties, LTD. | bond premium | 2300-000 | | 0.03 | 7,376.74 |
| 10/29/18 | 102 | Wells Fargo Bank | invoice no. 296692 ref#20525068 bank charge for research | 2990-000 | | 57.50 | 7,319.24 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 7,314.24 |
| 12/20/18 | {3} | Hala Enterprises, LLC | EOD 11/28/18 sale of personal property | 1129-000 | 10,000.00 | | 17,314.24 |
| 01/22/19 | {6} | Global Surety, LLC | premium refund | 1290-000 | 100.00 | | 17,414.24 |
| 02/01/19 | 103 | International Sureties, LTD. | bond premium | 2300-000 | | 10.16 | 17,404.08 |
| 05/31/19 | 104 | International Sureties, LTD. | bond premium | 2300-000 | | 2.28 | 17,401.80 |
| 02/06/20 | 105 | International Sureties, LTD. | bond premium | 2300-000 | | 9.78 | 17,392.02 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 13.89 | 17,378.13 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 27.77 | 17,350.36 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 26.80 | 17,323.56 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 29.53 | 17,294.03 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 28.56 | 17,265.47 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 26.67 | 17,238.80 |
| 09/23/20 | 106 | International Sureties, LTD. | bond premium Stopped on 10/14/2020 | 2300-005 | | 0.66 | 17,238.14 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 29.39 | 17,208.75 |
| 10/14/20 | 106 | International Sureties, LTD. | bond premium Stopped: check issued on 09/23/2020 | 2300-005 | | -0.66 | 17,209.41 |
| 10/14/20 | 107 | International Sureties, LTD. | bond premium | 2300-000 | | 0.66 | 17,208.75 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 27.50 | 17,181.25 |
| 11/24/20 | 108 | International Sureties, LTD. | bond premium | 2300-000 | | 0.18 | 17,181.07 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 26.54 | 17,154.53 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 30.16 | 17,124.37 |
| 01/22/21 | 109 | International Sureties, LTD. | bond premium | 2300-000 | | 15.33 | 17,109.04 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 26.52 | 17,082.52 |
| 02/23/21 | | Transfer Debit to East West Bank acct XXXXXX0043 | Transition Debit to East West Bank acct XXXXXX0043 | 9999-000 | | 17,082.52 | 0.00 |

Page Subtotals:    $17,476.77    $17,476.77

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 1:18-bk-11342 VK | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| Case Name: | VICTORY ENTERTAINMENT, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7153 | Account #: | ******3100 Checking |
| For Period Ending: | 04/08/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 17,476.77 | 17,476.77 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 17,082.52 | |
| | | Subtotal | | | 17,476.77 | 394.25 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $17,476.77 | $394.25 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 1:18-bk-11342 VK | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| Case Name: | VICTORY ENTERTAINMENT, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7153 | Account #: | ******0043 Checking Account |
| For Period Ending: | 04/08/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/23/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 17,082.52 | | 17,082.52 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.55 | 17,056.97 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 30.06 | 17,026.91 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 27.28 | 16,999.63 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.42 | 16,974.21 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.92 | 16,944.29 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 27.15 | 16,917.14 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.91 | 16,888.23 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 27.06 | 16,861.17 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 26.12 | 16,835.05 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.78 | 16,806.27 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 27.83 | 16,778.44 |
| 01/13/22 | 1000 | International Sureties, LTD. | bond premium | 2300-000 | | 21.76 | 16,756.68 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.98 | 16,730.70 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.02 | 16,705.68 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.45 | 16,676.23 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.83 | 16,650.40 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.79 | 16,624.61 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.31 | 16,595.30 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.70 | 16,569.60 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.21 | 16,540.39 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 26.50 | 16,513.89 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.58 | 16,488.31 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.18 | 16,460.13 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 26.37 | 16,433.76 |
| 01/06/23 | 1001 | International Sureties, LTD. | bond premium | 2300-000 | | 10.80 | 16,422.96 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.08 | 16,394.88 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 24.52 | 16,370.36 |

Page Subtotals:    $17,082.52    $712.16

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2    Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 1:18-bk-11342 VK | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| Case Name: | VICTORY ENTERTAINMENT, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7153 | Account #: | ******0043 Checking Account |
| For Period Ending: | 04/08/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 27.10 | 16,343.26 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 24.44 | 16,318.82 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.76 | 16,290.06 |
| 06/13/23 | {7} | HALA Enterprises, LLC, Agassi Halajyan | settlement payment [Doc 184] 5/18/23 | 1241-000 | 125,000.00 | | 141,290.06 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.27 | 141,163.79 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 218.70 | 140,945.09 |
| 08/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 248.51 | 140,696.58 |
| 09/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 217.98 | 140,478.60 |
| 03/08/24 | 1002 | Paul A. Beck, APC | final order [Doc 200] 3/7/24 | | | 75,340.23 | 65,138.37 |
| | | Paul A. Beck, APC | fee     $19,053.94 | 3210-600 | | | |
| | | Paul A. Beck, APC | expenses     $831.63 | 3220-610 | | | |
| | | Paul A. Beck, APC/B. Riley & Sons | expenses     $52,518.38 | 3220-610 | | | |
| | | Paul A. Beck, APC/B. Riley & Sons | expenses     $2,936.28 | 3220-610 | | | |
| 03/08/24 | 1003 | Jeffrey M Cohon, APC | final order [Doc 200] 3/7/24 | | | 21,867.42 | 43,270.95 |
| | | Jeffrey M Cohon, APC | fee     $19,053.94 | 3210-600 | | | |
| | | Jeffrey M Cohon, APC | expenses     $2,813.48 | 3220-610 | | | |
| 03/08/24 | 1004 | Grobstein Teeple LLP | final order [Doc 200] 3/7/24 | | | 10,156.55 | 33,114.40 |
| | | Grobstein Teeple LLP | fees     $10,073.50 | 3410-000 | | | |
| | | Grobstein Teeple LLP | expenses     $83.05 | 3420-000 | | | |
| 03/08/24 | 1005 | SulmeyerKupetz | final order [Doc 200] 3/7/24 | | | 17,054.47 | 16,059.93 |
| | | SulmeyerKupetz | fees     $15,456.18 | 3110-000 | | | |
| | | SulmeyerKupetz | expenses     $1,598.29 | 3120-000 | | | |
| 03/08/24 | 1006 | United States Bankruptcy Court | court costs | 2700-000 | | 350.00 | 15,709.93 |
| 03/08/24 | 1007 | Howard M. Ehrenberg | final order [Doc 200] 3/7/24 Voided on 03/08/2024 | | | 9,380.22 | 6,329.71 |
| | | Howard M. Ehrenberg | compensation     $7,906.51 | 2100-004 | | | |

Page Subtotals:    $125,000.00    $135,040.65

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 1:18-bk-11342 VK | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| Case Name: | VICTORY ENTERTAINMENT, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7153 | Account #: | ******0043 Checking Account |
| For Period Ending: | 04/08/2024 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Howard M. Ehrenberg | expenses $1,473.71 | 2200-004 | | | |
| 03/08/24 | 1007 | Howard M. Ehrenberg | final order [Doc 200] 3/7/24 Voided: check issued on 03/08/2024 | | | -9,380.22 | 15,709.93 |
| | | Howard M. Ehrenberg | compensation $7,906.51 | 2100-004 | | | |
| | | Howard M. Ehrenberg | expenses $1,473.71 | 2200-004 | | | |
| 03/08/24 | 1008 | Howard M. Ehrenberg | final order [Doc 200] 3/7/24 | | | 9,379.92 | 6,330.01 |
| | | Howard M. Ehrenberg | compensation $7,906.51 | 2100-000 | | | |
| | | Howard M. Ehrenberg | expenses $1,473.41 | 2200-000 | | | |
| 03/08/24 | 1009 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $5,976.90; Claim # 5; Filed: $5,976.90 | 2820-000 | | 5,976.90 | 353.11 |
| 03/08/24 | 1010 | California Dept. of Tax & Fee Administration | Distribution payment - Dividend paid at 100.00% of $353.11; Claim # 6; Filed: $353.11 | 2820-000 | | 353.11 | 0.00 |
| | | COLUMN TOTALS | | | 142,082.52 | 142,082.52 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 17,082.52 | 0.00 | |
| | | Subtotal | | | 125,000.00 | 142,082.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $125,000.00 | $142,082.52 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 1:18-bk-11342 VK |
| **Case Name:** | VICTORY ENTERTAINMENT, INC. |
| **Taxpayer ID #:** | **-***7153 |
| **For Period Ending:** | 04/08/2024 |

| | |
|---|---|
| **Trustee Name:** | Howard M. Ehrenberg (001420) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0043 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3100 Checking | $17,476.77 | $394.25 | $0.00 |
| ******0043 Checking Account | $125,000.00 | $142,082.52 | $0.00 |
| | **$142,476.77** | **$142,476.77** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)